IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AAA COOPER TRANSPORTATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:11cv181-WHA-CSC |
| | ) (WO) |
| WES-PAK, INC., and VIMY RIDGE | ) |
| PARTNERS, LLC, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the request by the parties for a continuance of the evidentiary hearing in order for the parties to complete depositions for this matter, the court orders:

The evidentiary hearing set for December 1, 2011 shall be reset for December 21, 2011 at 2:00 p.m.

DONE this 17th day of November, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE